**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6487**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ORION ROSS HARDEN,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-97-70099, CA-01-991-7)

_____

Submitted:  July 18, 2002            Decided:  July 24, 2002

_____

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Orion Ross Harden, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Orion Ross Harden appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motion for reconsideration.  We have reviewed the record and the district court's opinion and orders and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>United States v. Harden</u>, Nos. CR-97-70099; CA-01-991-7 (W.D. Va. Jan. 7, 2002 & Feb. 26, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2